UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Brandon D. Lenore,<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-16243<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

**AGREED ORDER IN SETTLEMENT OF MOTION
FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

This matter coming before the Court on the Motion filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2023-B, MortgageBacked Securities, Series 2023-B ("Movant") and, in settlement thereof, the parties agree as follows:

1. Secured Creditor holds a mortgage on Debtor's residence, 14805 Homan Ave, Midlothian, Illinois 60445-3618.

2. Movant filed a Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 and the Co-Debtor Stay of 11 U.S.C. § 1301, as to Beverly Lenore, due to Debtor's failure to pay post-petition payments regarding said property.

3. In settlement of the Motion for Relief, Debtor has agreed to repay the post-petition delinquency of $8,806.92 (7 post-petition payments due 4/1/2024-10/1/2024 in the amount of $1,240.19 each, bankruptcy fees/costs totaling $1,249.00, less a suspense balance of ($1,123.41)) by making the following payments:

11/15/2024  $733.91
12/15/2024  $733.91
1/15/2025  $733.91
2/15/2025  $733.91
3/15/2025  $733.91
4/15/2025  $733.91
5/15/2025  $733.91
6/15/2025  $733.91
7/15/2025  $733.91
8/15/2025  $733.91
9/15/2025  $733.91
10/15/2025  $733.91

4. Secured Creditor must receive the payments listed in paragraph 3 on or before the corresponding date. If Debtor fails to make the payments as provided for in paragraph 3, and if the Debtor fails to bring the loan post-petition current within fourteen (14) calendar days after notification is mailed to the Debtor and their attorney, the stay shall be automatically terminated as to Secured Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing notice of same with the Clerk of the Court.

5. Further, Debtor shall resume and maintain the regular monthly payments beginning November 1, 2024, and must continue to make timely post-petition mortgage payments directly to the Secured Creditor continuing monthly thereafter for the pendency of the bankruptcy.

6. If Secured Creditor fails to receive two (2) timely post-petition mortgage payments and if the Debtor fails to bring the loan post-petition current within fourteen (14) calendar days after a notification is filed with a certificate of service showing service on the Debtor and the Debtor's attorney and is mailed to the Debtor and e-mailed or faxed to Debtor's attorney, the stay shall be automatically terminated as to Secured Creditor, its principals, agents, successor and/or assigns as to the property securing its interest, upon filing of notice of same with the Clerk of the Court with a certificate of service showing service on the Debtor and the Debtor's attorney.

7. Secured Creditor's post-petition bankruptcy fees and costs of $1,249.00 are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs have been including in the repayment schedule described herein.

8. Upon dismissal, discharge, chapter conversion or relief from stay, the foregoing terms and conditions shall cease to be binding.  Payments will be due pursuant to the terms of the original agreement, and Secured Creditor may proceed to enforce it remedies under applicable non-bankruptcy law against the real property and/or against Debtor.

IT IS THEREFORE ORDERED THAT the Motion for Relief from the Automatic Stay is denied as settled, that the automatic stays shall remain in effect as to the property described above, that Debtor shall provide Secured Creditor with adequate protection according to the foregoing terms.  In the event that Debtor fails to provide Secured Creditor with adequate protection on such terms, the automatic stays of 11 U.S.C. §§ 362 and 1301 shall terminate as described above.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  October 21, 2024

**Prepared by:**

/s/ Kathryn A. Klein
Kathryn A. Klein #06199235
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com
Attorney for Secured Creditor

/s/ Michelle E. Mandroiu
Michelle E. Mandroiu
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076